Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIEL BELLMAN,** | Case No. 3:10-cv-05871-SC |
| Plaintiff, | **JOINT REQUEST TO DISMISS WITH PREJUDICE** |
| vs. | |
| **GLOBAL CREDIT & COLLECTION CORP.,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.  A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 23rd day of May, 2011

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/David Kaminski
Carlson and Messer LLP
Attorney for Defendant

| | |
|---|---|
| 1 | |
| 2 | Filed electronically on this 23rd day of May, 2011, with: |
| 3 | United States District Court CM/ECF system |
| 4 | Notification sent electronically via the Court's ECF system to: |
| 5 | |
| 6 | David Kaminski<br>CARLSON & MESSER LLP |
| 7 | 5959 W. Century Blvd, #1214 |
| 8 | Los Angeles CA 90045 |
| 9 | This 23rd day of May, 2011. |
| 10 | |
| 11 | s/Todd M. Friedman<br>Todd M. Friedman |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
2
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

3
4
5  **GABRIEL BELLMAN,**            ) Case No. 3:10-cv-05871-SC
                                    )
6  Plaintiff,                       ) **ORDER**
                                    )
7       vs.                         )
                                    )
8                                   )
9  **GLOBAL CREDIT &**              )
   **COLLECTIONS CORP.,**           )
10                                  )
11 Defendant.                       )

12
13   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties
14 to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure
15 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

16
17                          Dated this __26__ day of May, 2011.
18
19
20                          _____
21                          The Hon. Samuel Conti
22
23
24
25
26
27
28



Order to Dismiss - 1